*In re* Iván L. Pagán Hernández.

*Número:* AB-95-126          *Resuelto:* 10 de enero de 1997

*Rafael Borrero Ríos*, abogado del peticionario; *Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías*; *Edda Serrano Blasini, Subprocuradora General*, y *Ed-*

*gardo Rodríguez Quilichini, Procurador General Auxiliar; Domingo Laracuente y María de Lourdes Rodríguez*, abogados del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Examinadas las comparecencias del Procurador General de Puerto Rico y del Colegio de Abogados de Puerto Rico, a los efectos de que no hay queja alguna pendiente contra Iván L. Pagán Hernández, y la comparecencia de la Directora de Inspección de Notarías a los efectos de que la obra notarial de éste no refleja deficiencia alguna, *se ordena la reinstalación de Iván L. Pagán Hernández, al ejercicio de la abogacía y el notariado en Puerto Rico, efectiva la misma el 15 de enero de 1997. Se le conmina al más fiel y estricto cumplimiento de los Cánones del Código de Ética Profesional de Puerto Rico.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo. El Juez Asociado Señor Hernández Denton no intervino.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*